IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMIREZ, JR.,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SILGAN CONTAINERS, SILGAN CONTAINERS CORPORATION, SILGAN CONTAINERS MANUFACTURING CORPORATION, SUE ASHLEY, ARNOLD NEIMARK, COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CIV F 07-0091 AWI DLB<br><br>ORDER MOVING HEARING ON DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR LEAVE TO AMEND, AND ALLOWING REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND |

　　　Currently set for hearing on April 2, 2007, are Defendant Naimark (erroneously identified as Neimark)'s motion to dismiss and Plaintiff's motion for leave to amend. Plaintiff filed his motion in partial response to Naimark's motion to dismiss. See Local Rule 78-230(e). As part of his reply memorandum, Naimark also made arguments in opposition to Plaintiff's motion for leave to amend. Given Plaintiff's motion, and in particular that Naimark has responded in opposition to Plaintiff's motion, the Court believes that it is necessary to allow Plaintiff to file a reply, which necessitates the moving of the April 2, 2007, hearing date. See id. Further, the parties have filed a stipulation to move the hearing to April 16, 2007.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 2, 2007, hearing date on Defendant's motion to dismiss and Plaintiff's motion for leave to amend is VACATED;

2. The hearing date on Defendant's motion to dismiss and Plaintiff's motion for leave to amend is now April 16, 2007, at 1:30 p.m.; and

3. Plaintiff may file a reply brief in support of his motion for leave to amend on or by April 9, 2007.

IT IS SO ORDERED.

**Dated:   March 30, 2007**              /s/ Anthony W. Ishii
ciem0h                                    UNITED STATES DISTRICT JUDGE