IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMIREZ, JR., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SILGAN CONTAINERS, SILGAN ) <br> CONTAINERS CORPORATION, ) <br> SILGAN CONTAINERS ) <br> MANUFACTURING CORPORATION, ) <br> SUE ASHLEY, ARNOLD NEIMARK, ) <br> COMPANY, and DOES 1 through ) <br> 50, inclusive, ) <br> ) <br> Defendants. ) <br> _____) | CIV F 07-0091 AWI DLB <br><br> ORDER VACATING <br> HEARING ON DEFENDANT'S <br> MOTION TO DISMISS AND <br> PLAINTIFF'S MOTION FOR <br> LEAVE TO AMEND, AND <br> TAKING MATTERS UNDER <br> SUBMISSION |

Currently set for hearing on April 16, 2007, are Defendant Naimark (erroneously identified as Neimark)'s motion to dismiss and Plaintiff's motion for leave to amend. Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 16, 2007, is VACATED, and the parties shall not appear at that time. As of April 16, 2007, the Court will take the matter under submission and will thereafter issue its decision

IT IS SO ORDERED.

Dated:   April 12, 2007                      /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE