Joint Stipulation to Continue Trial
and Related Deadlines                      1          Case No. CIV.S-07-00091 AWI-DLB
LAW OFFICE OF MINA L. RAMIREZ

MINA L. RAMIREZ (SBN 118302)

1012 Eleventh Street, Suite 200

Modesto, California 95354

Telephone:  (209) 491-0590

Facsimile:   (209) 575-9497


Attorneys for Plaintiff

LUIS RAMIREZ, JR.


JACKSON LEWIS LLP

MICHAEL J. CHRISTIAN (SBN 173727)

NATHAN W. AUSTIN (SBN 219672)

801 K Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141


Attorneys for Defendants

SILGAN CONTAINERS CORPORATION, SILGAN
CONTAINERS MANUFACTURING
CORPORATION, SUE ASHLEY and ARNOLD
NEIMARK


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

LUIS RAMIREZ, JR.

Case No. CIV.S-07-00091 AWI-DLB

Plaintiff,

v.

**JOINT** Stipulation to Continue trial
and related deadlines

SILGAN CONTAINERS, SILGAIN
CONTAINERS CORPORATION, SILGAN
CONTAINERS MANUFACTURING
CORPORATION, SUE ASHLEY, ARNOLD
NEIMARK, AND DOES 1-50,

Trial Date:    April 28, 2009

Defendants.

Counsel for Plaintiff, Luis Ramirez, Jr., and for Defendants, Silgan Containers Corporation, Silgan Containers Manufacturing Corporation, Sue Ashley and Arnold Naimark, have met and conferred regarding the need for a continuance of the existing trial date and related deadlines and agree that:

The parties have agreed to mediation and are in the process of scheduling that mediation for July or August 2008.  In order to defer unnecessary costs and expenses and to maximize the likelihood of resolving this matter through mediation, the parties have agreed, with the Court's permission, to continue the deadlines in this case, as follows:

Expert disclosures and expert reports currently due on June 5, 2008 shall be continued to September 4, 2008.

Supplemental expert disclosures due on July 9, 2008 shall be continued to October 8, 2008.

Discovery deadline currently scheduled for September 15, 2008 shall be continued to December 15, 2008.

The last date to file Non-Dispositive Pre-Trial Motions, currently scheduled for September 24, 2008, shall be continued to December 23, 2008.

The last day for Non-Dispositive Pre-Trial Motions to be heard, currently scheduled for October 29, 2008, shall be continued to January 30, 2009.

The last day to file Dispositive Pre-Trial Motions, currently scheduled for November 14, 2008, shall be continued to February 13, 2009.

The last day for Dispositive Pre-Trial Motions to be heard, currently scheduled for December 15, 2008, shall be continued to March 16, 2009.

The Pre-trial Conference currently scheduled for February 6, 2009, shall be continued to May 7, 2009, or another date acceptable to the Court in that timeframe.

The Trial currently scheduled for April 28, 2009, shall be continued to July 27, 2009, or another date acceptable to the Court in that timeframe.

The parties stipulate to the continuance of those dates, and jointly request the Court postpone the dates set forth above to allow the parties the opportunity to mediate this case.


IT IS SO STIPULATED.

Date:  June 24, 2008   LAW OFFICE OF MINA L. RAMIREZ

By:  /s/ Mina L. Ramirez

Mina L. Ramirez

Attorneys for Plaintiff

LUIS RAMIREZ, JR.


Date:  June 16, 2008   JACKSON LEWIS LLP

By:  /s/ Nathan W. Austin

Michael J. Christian

Nathan W. Austin

Attorneys for Defendants

SILGAN CONTAINERS CORPORATION, SILGAN CONTAINERS MANUFACTURING CORPORATION, and ARNOLD NEIMARK


**ORDER**

Based upon stipulation of the parties, and good reason appearing, IT IS SO ORDERED.

All dates listed above are approved with the exception of the trial date.   Trial in this action is set

for July 28, 2009 at 8:30 a.m.

IT IS SO ORDERED.



Dated:  **June 25, 2008**                    **/s/ Anthony W. Ishii**

UNITED STATES CHIEF DISTRICT JUDGE